Todd M. Friedman (216752)
Nicholas J. Bontrager (252114)
Suren N. Weerasuriya (278521)
Law Offices of Todd M. Friedman, P.C.
324 S. Beverly Dr. #725
Beverly Hills, CA 90212
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
nbontrager@attorneysforconsumers.com
sweerasuriya@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CLAYBORNE, | Case No. 2:14-cv-02234-E |
| Plaintiff, | STIPULATION TO DISMISS WITH PREJUDICE |
| vs. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to stipulate and agree to dismiss this action with prejudice pursuant to Rule 41(a)(1)(A)ii of the Federal Rules of Civil Procedure. Each party shall bear its own legal fees and costs.

A proposed order has been concurrently submitted to this Court.

Respectfully submitted this 30th day of April, 2014.

By:  /s/ Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

By:  /s/ Tomio B. Narita
Tomio B. Narita, Esq.
Simmonds & Narita LLP
Attorney for Defendant

STIPULATION TO DISMISS - 2

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Law Offices of Todd M. Friedman, P.C.; 324 S. Beverly Dr., #725, Beverly Hills, CA 90212. On April 30, 2014, I served the within document(s):

**STIPULATION TO DISMISS WITH PREJUDICE**

On the parties listed below:

Tomio B. Narita
Simmonds & Narita LLP
tnarita@snllp.com
Attorney for Defendant

By the following means of service:

[X] **BY ELECTRONIC CASE FILING:** I filed the submitted the document listed above via the court's Electronic Case Filing (ECF) system which provides electronic mail (email) service of the listed document directly to the party listed above to his/her "email address of record."

[X] **STATE:** I declare under penalty of perjury under the laws of California that the above is true and correct.

Executed on April 30, 2014, at Beverly Hills, California.

By: /s/ Todd M. Friedman
Todd M. Friedman