UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Case No. 2:14-cv-02234-E

MARK CLAYBORNE,

Plaintiff,

vs.

PORTFOLIO RECOVERY ASSOCIATES, LLC,

Defendant.

[~~PROPOSED~~] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE

Pursuant to the stipulation submitted by the parties, it is hereby ordered that this matter is dismissed with prejudice. Each party shall bear its own fees and costs incurred.

IT IS SO ORDERED.

Dated: 4/30/14          By: _____

Hon. Charles F. Eick

ORDER - 1